**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-23953-KMM

ROSANGELES VICIOSO, *on behalf of her minor child,* J.R.C.,

      Plaintiff,

v.

KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,

      Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff's Motion for Summary Judgment (ECF No. 20) and Defendant's Combined Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment (ECF No. 22). The Court referred the matter to the Honorable Lauren F. Louis, United States Magistrate Judge, who issued a Report and Recommendation recommending that Plaintiff's Motion for Summary Judgment be DENIED, Defendant's Motion for Summary Judgment be GRANTED, and the Acting Commissioner's decision be AFFIRMED. ("R&R") (ECF No. 23). Plaintiff did not file objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

This action stems from Plaintiff's Application for Supplemental Security Income on behalf of her minor son, J.R.C., claiming a disability due to J.R.C.'s speech problems, attention deficit hyperactivity disorder (ADHD), and inability to concentrate. R&R at 2. After Plaintiff's claim was denied at the initial level and upon reconsideration, she requested a hearing before an administrative law judge (ALJ). *Id.* The ALJ found that J.R.C. was not disabled within the meaning of § 1614(a)(3)(C) of the Social Security Act. *Id.* The Appeals Council then denied

review of the ALJ's decision, upon which Plaintiff filed the instant Action seeking review of the ALJ's decision as the final decision of the Acting Commissioner of the Social Security Administration, pursuant to 42 U.S.C. § 405(g). *Id.*

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the R&R, Magistrate Judge Louis finds that the ALJ did not err in his articulation of his legal analysis and that substantial evidence supports the ALJ's decision. *See* R&R at 11–16. Therefore, Magistrate Judge Louis recommends that Plaintiff's Motion for Summary Judgment should be denied, Defendant's Motion for Summary Judgment should be granted, and the final decision of the Acting Commissioner should be affirmed. *Id.* at 17. This Court agrees.

Accordingly, UPON CONSIDERATION of the Motions, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Magistrate Judge Louis's Report and Recommendation (ECF No. 23) is ADOPTED;
2. Plaintiff's Motion for Summary Judgment (ECF No. 20) is DENIED;
3. Defendant's Motion for Summary Judgment (ECF No. 22) is GRANTED;
4. The final decision of the Acting Commissioner is AFFIRMED;
5. The Clerk of Court is INSTRUCTED to CLOSE this case; and
6. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  29th  day of December 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record